UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DR. THABITI ASUKILE,
    Plaintiff,

vs.

UNIVERSITY OF CINCINNATI, et al.,
    Defendants.

Case No. 1:14-cv-343

Beckwith, J.
Bowman, M.J.

## REPORT AND RECOMMENDATION

On July 15, 2014, the Court granted Plaintiff an extension of time until September 12, 2014 in which to file an amended complaint and/or respond to Defendant's pending motion to dismiss. (July 15, 2014 Notation Order). After Plaintiff failed to timely file his amended complaint, the Court Ordered Plaintiff to show cause, in writing, within **TWENTY (20) DAYS**, why his Complaint should not be dismissed without prejudice for failure to prosecute. To date, Plaintiff has not filed his amended complaint nor responded to the Show Cause Order.

Plaintiff's failure to prosecute this matter and to obey an Order of the Court warrants dismissal of this case pursuant to Fed.R.Civ.P. 41(b). *See Jourdan v. Jabe*, 951 F.2d 108, 109–10 (6th Cir.1991). District courts have the power to *sua sponte* dismiss civil actions for want of prosecution to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 630–31, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). *See also Jourdan*, 951 F.2d at 109. Though plaintiff is proceeding pro se, as stated by the Supreme Court, "we have never suggested that procedural rules in ordinary civil litigation should be interpreted so

as to excuse mistakes by those who proceed without counsel." *McNeil v. United States*, 508 U.S. 106, 113 (1993).

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's case be **DISMISSED** for want of prosecution and this case be **CLOSED.**

 *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

DR. THABITI ASUKILE,
    Plaintiff,

vs.

UNIVERSITY OF CINCINNATI, et al.,
    Defendants.

Case No. 1:14-cv-343

Beckwith, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  See *Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).