UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dr. Thabiti Asukile,
  Plaintiff

v.          Case No. 1:14-cv-343

University of Cincinnati,
et al.,
  Defendants

# ORDER

  This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 20, 2014 (Doc. 11).

  Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).   As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

  Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

  Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.   Plaintiff's complaint is **DISMISSED** for want of prosecution.


Date: November 10, 2014      s/Sandra S. Beckwith
               Sandra S. Beckwith, Senior Judge
               United States District Court